UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARION ABRON** | **CIVIL ACTION** |
| **VERSUS** | **NO:    10-1632** |
| **CLERK OF COURT, ET AL.** | **SECTION: "C" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's response and/or opposition to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Darion Abron's 42 U.S.C. § 1983 claims against the defendants, Judge William J. Crain, Judge Richard A. Swartz, Clerk of Court, Deputy Clerk Rachel Sharpe, Deputy Clerk Mandy D. Rivers, District Attorney Walter P. Reed, and Medical Nurse Julie Castjohn, are **DISMISSED WITH PREJUDICE** as frivolous, for seeking relief against immune defendants, and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and § 1997e.

New Orleans, Louisiana, this ___3___ day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE